UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | |
| $41,400.00 IN U.S. CURRENCY § | |
| Defendant in rem. § | |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

United States of America, Plaintiff, files this action for forfeiture against $41,400.00 in U.S. currency and alleges the following statements in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

*Nature of the Action*

1. This is an action to forfeit Defendant in rem to the United States pursuant to 31 U.S.C. § 5317(c)(2).

*Defendant in Rem*

2. The Defendant in rem is $41,400.00 in U.S. currency that was seized from Patrice Nya Kamdoum on December 4, 2010, at the George Bush Intercontinental Airport in Houston, Texas.

*Jurisdiction and Venue*

3. This Court has jurisdiction pursuant to 28 U.S.C. §1355 because this is an action for forfeiture.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355 and 1395 (a) and (b) because:

> a. the acts or omissions giving rise to the forfeiture occurred in the Southern District of Texas;
>
> b. the property was found in the Southern District of Texas; and
>
> c. this forfeiture action accrued in the Southern District of Texas.

*Basis for Forfeiture*

5. The Defendant in rem is subject to forfeiture under 31 U.S.C. § 5317(c)(2). This section provides for the civil forfeiture of any property involved in violations of 31 U.S.C. §§ 5316 and 5324(c).

6. Under 31 U.S.C. § 5316(a)(1)(B), a person or an agent or bailee of the person shall file a report under subsection (b) of this section when the person, agent, or bailee knowingly transports, is about to transport, or has transported, monetary instruments of more than $10,000 at one time to a place in the United States from or through a place outside the United States. Both United States and foreign currency are monetary instruments under 31 U.S.C. §5312(a)(3)(A).

7. Under 31 U.S.C. § 5324(c)(1), no person shall, for the purpose of

evading the reporting requirements of section 5316, fail to file a report required by 31 U.S.C. § 5316. Also under 31 U.S.C. § 5324(c)(2), no person shall, for the purpose of evading the reporting requirements of section 5316, file a report required by 31 U.S.C. § 5316 that contains a material omission or misstatement of fact.

*Facts*

8. On December 4, 2010, Mr. Patrice Nya Kamdoum, arrived into the United States of America from Mexico aboard Continental Airlines flight #1025 at the George Bush Intercontinental Airport, Houston, Texas. While being processed through customs, he presented to a U.S. Customs and Border Protection officer (CBP Officer) a U.S. Customs Declaration form on which he stated that he was not carrying currency over $10,000. A CBP Officer verbally asked Mr. Kamdoum if he was carrying more than $10,000. The officer also told Mr. Kamdoum that he can travel with as much money as he wanted but had to report to CBP if it was in excess of $10,000. Mr. Kamdoum stated that he was only traveling with $10,000. He confirmed this in writing on the back of a CBP form 6059B.

9. A CBP Officer asked Mr. Kamdoum to remove all of his currency from his pockets. Mr. Kamdoum removed a large quantity of currency. A CBP Officer inspected Mr. Kamdoum's luggage and found additional money in his luggage.

All of the money that Mr. Kamdoum had in his possession was counted. The total amount of money that he had was $41,400.00. CBP Officers seized these funds for forfeiture.

*Relief Requested*

10. Plaintiff requests a) an arrest Warrants and summons, citing all persons having an interest in the Defendant in rem to appear on the return day of process by filing a claim and answer pursuant to Rule G(5), Supplemental Rules for Certain Admiralty and Maritime Claims, or as ordered by this Court, b) a judgment of forfeiture, and c) costs and other relief to which the Plaintiff may be entitled.

Dated: January 19, 2011.

Respectfully submitted,

José Angel Moreno
United States Attorney

By: s/ Albert Ratliff
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129,
Houston, Texas 77208
Office: (713) 567-9579
Fax: (713) 718-3300
E-mail: albert.ratliff@usdoj.gov

## VERIFICATION

I, Sokho Hwang, Special Agent, United States Immigration and Customs Enforcement, declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read this verified complaint for forfeiture in rem, and the facts stated in this complaint are true and correct to the best of my knowledge and belief. Executed on January 19, 2011.

_____
Sokho Hwang, Special Agent
U. S. Immigration and Customs Enforcement