IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| Plaintiff, | § |
| v. | § CIVIL NO. H-11-253 |
| $41,400.00 IN U.S. CURRENCY | § |
| Defendant. | § |

## NOTICE OF DECLARATION OF PUBLICATION

The United States of America has published notice of this forfeiture action as stated in the attached and incorporated declaration.

                              Respectfully submitted,

                              José Angel Moreno
                              United States Attorney

By:   /s/ Albert Ratliff
      Albert Ratliff
      Assistant United States Attorney
      Attorney-in-Charge
      NY Bar No. 1073907
      SDTX Bar No. 6764
      United States Attorney's Office
      P. O. Box 61129
      Houston, Texas  77208
      Office (713) 567-9579
      Fax (713) 718-3300